```
Christine L. Reinert, #44737
MacMillan, Scholz, and Marks, LLC
4640 S Macadam Ave, Ste 100
Portland, OR 97239
Office: (503) 224-2165
Facsimile: (503) 224-0348
Email: creinert@msmlegal.com
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Carl J. Arnold,<br><br>    Plaintiff,<br> vs.<br><br>US CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | Case No.:<br><br>COMPLAINT FOR PROPERTY DAMAGES (SUBROGATION) |

Plaintiff alleges:

1.

<u>JURISDICTION</u>

(1.1)   This action is brought pursuant to Federal Tort Claims Act, 28 U.S.C. §2671, and 28 U.S.C. §1346(b).

(1.2)   Venue is properly within this District under 28 U.S.C. § 1402(b) as the acts complained of occurred in the Western District of Washington.

/ / /

/ / /

/ / /

Page 1 – COMPLAINT FOR PROPERTY DAMAGE (SUBROGATION)

2.

## PARTIES

(2.1) Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm"), at all times material hereto, was an Illinois corporation duly authorized to transact insurance business in the State of Washington.

(2.2) Defendant US Customs and Border Protection ("USCBP") is an appropriate defendant under the Federal Tort Claims Act.

(2.3) At all times material hereto, Robert Powers ("Powers") was a USCBP employee working in the course and scope of their employment with USCBP.

(2.4) At all material times, Carl J. Arnold ("Arnold"), was covered by State Farm pursuant to a policy of automobile insurance.

3.

## FACTS

(3.1) At all material times, 2nd Avenue North was, and is now, a dedicated public roadway in Seattle, King County, State of Washington.

(3.2) On November 21, 2022, Powers was traveling at or near 715 2nd Avenue North, in Seattle, Washington. At said time and place, Powers did so negligently operate their vehicle so as to collide with Arnold's parked vehicle, causing property damage to Arnold's vehicle.

4.

## DAMAGES

(4.1) As a direct and proximate result of Powers' negligence, Arnold's vehicle sustained damage in the amount of $3,510.13 and Arnold incurred reasonable and necessary automobile rental expenses in the amount of $330.24.

(4.2) Prior to the accident set forth above, plaintiff had issued to Arnold as its insured, a policy of automobile insurance. Pursuant to the terms of said policy, plaintiff was obligated to

Page 2 – COMPLAINT FOR PROPERTY DAMAGE (SUBROGATION)

1 pay, and did pay, collision and rental benefits in the total amount of $3,840.37. The amounts paid
2 by plaintiff were reasonable.

3     (4.3)    By virtue of its payments and the terms of its policy with Arnold, plaintiff is sub-
4 rogated to all rights of its insured against defendant to the extent of plaintiff State Farm's pay-
5 ments.

6     (4.4)    Under the Federal Torts Claims Act, USCBP is liable for the above-described ac-
7 tions of its employee, Powers, who was acting within the course and scope of their employment
8 with TSA.

9     WHEREFORE, plaintiff prays for judgment against defendant as follows:

10     (a)    For property damage and rental expenses in the amount of $3,840.37;

11     (b)    For statutory interest on the judgment pursuant to RCW 4.56.110;

12     (c)    For plaintiff's costs and disbursements incurred herein, and such other relief as
13     the Court deems proper.

14 DATED this <u>Tuesday, September 23, 2025</u>.    MacMILLAN, SCHOLZ & MARKS, LLC

16     By:  <u>/s/Christine L. Reinert</u>
17           CHRISTINE L. REINERT, #44737
          creinert@msmlegal.com
          Of Attorneys for the Plaintiff

Page 3 – COMPLAINT FOR PROPERTY DAMAGE (SUBROGATION)