1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE COMPANY,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>                    Defendant(s). | CASE NO. C25-1841-KKE<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Plaintiff State Farm Mutual Automobile Insurance Company has notified the Court of its

intent to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A).

Dkt. No. 6.  Accordingly, this matter is DISMISSED without prejudice and the clerk is directed to

administratively close this case.

Dated this 7th day of October, 2025.

Kymberly K. Evanson
United States District Judge